## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE SUMMERVILLE | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2:09-cv-3261 |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | The Honorable R. Barclay Surrick |

## ORDER OF COURT

Now, to-wit, this _____ day of _____, 2009, upon consideration of Defendant's Motion to Bifurcate and Stay Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted. It is FURTHER ORDERED that Plaintiff's bad faith claim shall be bifurcated from Plaintiff's breach of contract claim and any and all discovery on Plaintiff's bad faith claim shall be stayed until Plaintiff's breach of contract claim is adjudicated.

BY THE COURT:

_____ J.