# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID S. REINHART, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 09-1167 |
| | : | |
| PROGRESSIVE INSURANCE COMPANY | : | |

### ORDER

AND NOW, this 16th day of April, 2009, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline for the uninsured motorist (UM) claim is July 16, 2009;

- Plaintiffs' UM expert report is due July 30, 2009;

- Defendant's UM expert report is due August 6 2009;[1]

- Dispositive motions on the UM claim are due August 20, 2009;

- Responses to dispositive motions on the UM claim are due September 3, 2009;

- A teleconference to discuss settlement shall take place on September 10, 2009 at 3:00 p.m. Counsel for Plaintiffs is to initiate the call;

- Motions in limine for the UM claim are due September 18, 2009;

- Responses to motions in limine for the UM claim are due September 25, 2009;

- Plaintiffs' pre-trial memorandum on th UM claim is due September 25, 2009;

- Defendant's pre-trial memorandum on the UM claim is due September 25, 2009;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions for the UM claim, as explained in the Honorable Juan R. Sánchez's on-line procedures, are September 25, 2009;

- Final pre-trial conference for UM claim is September 29, 2009 at 11:00 a.m. Courtroom 5D;

- Joint exhibit binder for the UM claim is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

---

[1] Any deposition of an expert under Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

- Trial of the UM claim is in the October 5, 2009 trial pool;

- Within 10 days of the conclusion of the UM trial, Progressive shall respond to Plaintiffs' bad faith discovery.

- Discovery deadline for the bad faith claim is December 15, 2009;

- Plaintiffs' bad faith expert report is due December 29, 2009;

- Defendant's bad faith expert report is due January 5, 2010;

- Dispositive motions on the bad faith claim are due January 19, 2010;

- Responses to dispositive motions on the bad faith claim are due January 31, 2010;

- A teleconference to discuss settlement shall take place on February 8, 2010, at 11:00 a.m. Counsel for Plaintiffs shall initiate the call;

- Motions in limine for the bad faith claim are due February 15, 2010, and responses are due February 22, 2010;

- Pre-trial memoranda and filings are due March 4, 2010;

- Final pre-trial conference is March 8, 2010, at 11:00 a.m.;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions for the bad faith claim, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due March 4, 2010;

- Joint exhibit binder for the bad faith claim is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- Trial of the bad faith claim is in the March 15, 2010 trial pool;

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.