# EXHIBIT B

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

SAMUEL T. BOERNER and KATHLEEN )
BOERNER, )
        Plaintiffs, )   Case No.: 2008-C-0499
)
   vs. )
)
PROGRESSIVE INSURANCE COMPANY )
a/k/a PROGRESSIVE DIRECT )
INSURANCE COMPANY, )
        Defendant. )

## ORDER

AND NOW, this /st day of May, 2008,

IT IS HEREBY ORDERED as follows:

(1) All factual discovery with regard to the contract claim shall be completed by October 30, 2008;

(2) Plaintiff's expert reports are due by November 30, 2008;

(3) Defendant's expert reports are due by December 30, 2008;

(4) Frye Motions and Motions for Summary Judgment with regard to the contract claim must be filed by January 30, 2009;

(5) Motions in Limine must be filed by April 18, 2009;

(6) A Jury Trial on the contract claim is scheduled for the week beginning May 18, 2009 at 9:30 a.m. in Courtroom 2A. This is a trial attachment. Motions for trial continuance must be presented within 30 days of the date of this order. After 30 days, a continuance of the trial date will be granted *only* for sudden and extreme personal emergency.

(7) All factual discovery with regard to the bad faith claim shall be completed by July 30, 2009;

(8) Plaintiff's expert reports are due by August 30, 2009;

*Boerner v. Progressive Insurance*
*Case No.: 2008-C-0499*

(9) Defendant's expert reports are due by September 30, 2009;

(10) A Non-Jury Trial on the bad faith claim is scheduled for October 12, 2009, in Courtroom 2A.

BY THE COURT:

_____
CAROL K. McGINLEY, J.