IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARRIE SUMMERVILLE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | No.:  09-cv-3261 |
| | : | |
| **PROGRESSIVE SPECIALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| Defendant. | : | |

### O R D E R

AND NOW, this __2ND__ day of September, 2009, IT IS HEREBY ORDERED that a **SETTLEMENT CONFERENCE** in the above-captioned case will be held on **Friday, September 25, 2009, at 9:30 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, in Courtroom 3-E, U.S. Courthouse, 601 Market Street, Phila., PA 19106.

• Please notify the court if settlement is not a real possibility.

• The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference.[1] **Full and complete authority means the party's representative must possess authority consistent with the most recent demand.**

• Lead Trial Counsel for each party shall be physically present at the Settlement Conference. Counsel are expected to be fully familiar with the facts of the case, the legal theories supporting their client's claims or defenses, and the procedural posture of the case. **Failure to comply with this Order may result in the imposition of sanctions.**

Please complete the attached confidential summary and fax it to Chambers (267) 299-5060 on or before **September 18, 2009.** These submissions shall be submitted to the Court only, and should include a candid discussion of the submitting party's strengths and weaknesses in the case.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

Date:  September 2, 2009
cc:  Daniel M. Jaffe, Esquire (via facsimile)
   Robert E. Dapper, Jr., Esquire (via facsimile)

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

**CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY**

Caption: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
(Circle One)

      TRIAL POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____
    Address: _____
    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Full and Complete Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

**ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)**